# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONA PRICE, | ) |
|             Plaintiff, | ) Case No.: 2:19-cv-00895-GMN-GWF |
| vs. | ) |
| | ) **ORDER** |
| ALLIED UNIVERSAL PROTECTION, | ) |
|             Defendant. | ) |

On June 26, 2019, the Honorable Magistrate Judge George Foley, Jr. filed an Order granting Plaintiff's Application to Proceed in Forma Pauperis but dismissing Plaintiff's claims without prejudice and with leave to amend. (Order 5:10–19, ECF No. 6). Judge Foley set a deadline of July 26, 2019, for Plaintiff to "file an amended complaint correcting the noted deficiencies." (*Id.*). Judge Foley explained that, if Plaintiff failed to comply with that deadline, he would recommend dismissal of the claims with prejudice.

To date, Plaintiff has not filed an amended complaint. The Court recognizes Plaintiff's *pro se* status, and thus provides Plaintiff one final chance to file an amended complaint before dismissal with prejudice. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have until January 8, 2020, to file an amended complaint curing the deficiencies identified in the Court's prior Order, (ECF No. 6). Failure to timely comply with that deadline will result in dismissal of Plaintiff's claims with prejudice.

**DATED** this __30__ day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1